UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHUSHAN LI,<br><br>        Plaintiff,<br>  v.<br><br>ALEJANDRO MAYORKAS, Secretary, Department of Homeland Security, and MERRICK GARLAND, Attorney General of the United States,<br><br>        Defendants. | NO. 2:22-cv-01711-RSL<br><br>STIPULATED MOTION FOR 60-DAY STAY |

  Plaintiff's complaint challenges the government's alleged delay in adjudicating an I-589 Application for Asylum.  The parties are currently working in good faith to determine whether this case may be resolved without further litigation.  Recently, the U.S. Citizenship & Immigration Services ("USCIS") conducted an interview of Plaintiff in connection with her application.  The parties therefore jointly propose to stay this matter for 60 days for further administrative proceeding and in an effort to resolve this matter without further litigation.  The parties agree and propose that they will provide the Court with a Joint Status Report within 60 days to advise the Court of the status and whether there are claims remaining for this Court to decide.

//

STIPULATED MOTION FOR 60-DAY STAY
2:22-cv-01711-RSL – 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  //

2      SO STIPULATED.

3      Dated this 8th day of February, 2023.

4  NICHOLAS W. BROWN
   United States Attorney

5

6  KATIE D. FAIRCHILD, WSBA #47712     SHUSHAN LI, Pro Se
   Assistant United States Attorney           19222 86th Pl NE
7  United States Attorney's Office             Bothell, WA 98011
   700 Stewart Street, Suite 5220           Email: lishushan66@gmail.com
8  Seattle, Washington 98101-1271
   Phone: 206-553-7970
9  Fax: 206-553-4073
   Email: katie.fairchild@usdoj.gov

10

11  *Attorneys for Defendants*

12

13

14                              **ORDER**

15      It is so ordered.

16      Dated this 9th day of February, 2023.

17                               Robert S. Lasnik
18                               United States District Judge

19

20

21

22

23

24

STIPULATED MOTION FOR 60-DAY STAY          UNITED STATES ATTORNEY
2:22-cv-01711-RSL – 2                                    700 STEWART STREET, SUITE 5220
                                                                      SEATTLE, WASHINGTON 98101
                                                                                        (206) 553-7970