The Honorable Jamal N. Whitehead

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SHUSHAN LI,<br><br>        Plaintiff,<br><br>  v.<br><br>ALEJANDRO MAYORKAS, Secretary, Department of Homeland Security, and MERRICK GARLAND, Attorney General of the United States,<br><br>        Defendants. | NO. 2:22-cv-01711-JNW<br><br>STIPULATED MOTION FOR 60-DAY STAY<br><br>NOTED FOR CONSIDERATION:<br>APRIL 6, 2023 |

  Plaintiff's complaint challenges the government's alleged delay in adjudicating an I-589 Application for Asylum. The parties are currently working in good faith to determine whether this case may be resolved without further litigation. Recently, the U.S. Citizenship & Immigration Services ("USCIS") conducted a re-interview of Plaintiff in connection with her application. The parties therefore jointly propose to stay this matter for another 60 days for further administrative proceeding and in an effort to resolve this matter without further litigation. The parties agree and propose that they will provide the Court with a Joint Status Report within 60 days to advise the Court of the status and whether there are claims remaining for this Court to decide.

//

STIPULATED MOTION FOR 60-DAY STAY
2:22-cv-01711-JNW – 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

SO STIPULATED.

Dated this 6th day of April, 2023.

NICHOLAS W. BROWN
United States Attorney

| | |
|---|---|
| KATIE D. FAIRCHILD, WSBA #47712<br>Assistant United States Attorney<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone: 206-553-7970<br>Fax: 206-553-4073<br>Email: katie.fairchild@usdoj.gov | SHUSHAN LI, Pro Se<br>19222 86th Pl NE<br>Bothell, WA 98011<br>Email: lishushan66@gmail.com |

*Attorneys for Defendants*

I certify that this memorandum contains 119 words, in compliance with the Local Civil Rules.

STIPULATED MOTION FOR 60-DAY STAY
2:22-cv-01711-JNW – 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## ORDER

It is so ordered.

Dated this <u>11th</u> day of <u>April</u>, 2023.

_Jamal W._

Jamal N. Whitehead
United States District Judge

STIPULATED MOTION FOR 60-DAY STAY
2:22-cv-01711-JNW – 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970