The Honorable Jamal N. Whitehead

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SHUSHAN LI,<br><br>                Plaintiff,<br><br>    v.<br><br>ALEJANDRO MAYORKAS, Secretary, Department of Homeland Security, and MERRICK GARLAND, Attorney General of the United States,<br><br>                Defendants. | NO. 2:22-cv-01711-JNW<br><br>STIPULATED MOTION TO DISMISS<br><br>NOTED FOR CONSIDERATION:<br>MAY 25, 2023 |

Pursuant to Federal Rule of Civil Procedure 41(a), the parties stipulate to the voluntary dismissal of this action, with prejudice, with each party to bear their own fees or costs. *See* Fed. R. Civ. P. 41(a).

//

//

//

//

//

//

STIPULATED MOTION TO DISMISS
2:22-cv-01711-JNW – 1

UNITED STATES ATTORNEY
700 S<small>TEWART</small> S<small>TREET</small>, S<small>UITE</small> 5220
S<small>EATTLE</small>, W<small>ASHINGTON</small> 98101
(206) 553-7970

SO STIPULATED.

Dated this 25th day of May, 2023.

NICHOLAS W. BROWN
United States Attorney

*s/ Katie D. Fairchild*
KATIE D. FAIRCHILD, WSBA #47712
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4073
Email: katie.fairchild@usdoj.gov

*Attorneys for Defendants*

I certify that this memorandum contains 42 words, in compliance with the Local Civil Rules.

SHUSHAN LI, Pro Se
19222 86th Pl NE
Bothell, WA 98011
Email: lishushan66@gmail.com

STIPULATED MOTION TO DISMISS
2:22-cv-01711-JNW – 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| 1 | SO STIPULATED. |
| 2 | Dated this 24th day of May, 2023. |

NICHOLAS W. BROWN
United States Attorney

_____
KATIE D. FAIRCHILD, WSBA #47712
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4073
Email: katie.fairchild@usdoj.gov

*Attorneys for Defendants*

I certify that this memorandum contains 42 words, in compliance with the Local Civil Rules.

*shu shan L↑*
_____
SHUSHAN LI, Pro Se
19222 86th Pl NE
Bothell, WA 98011
Email: lishushan66@gmail.com

STIPULATED MOTION TO DISMISS
2:22-cv-01711-JNW – 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

It is so ordered.

Dated this 16th day of June, 2023.

                                                           */s/ Jamal N. Whitehead*

Jamal N. Whitehead
United States District Judge

STIPULATED MOTION TO DISMISS
2:22-cv-01711-JNW – 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970